for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Merrell, Martin, O'Malley and Townley, JJ.

In the Matter of the Application of THE CARLETON COMPANY, INC., for an Order Summarily Discharging of Record the Alleged Liens Filed in the Offices of the Comptroller of the City of New York and of the Board of Transportation of the City of New York by OTTAR R. OIGARDEN (Also Known as OTTO BERG) and Others against Moneys Due and to Become Due under a Contract between the CARLETON COMPANY, INC., and THE CITY OF NEW YORK, Known and Designated in the Finance Department of the City of New York as No. 92964. In the Matter of the Application of THE CARLETON COMPANY, INC., for an Order Summarily Discharging of Record Alleged Liens, etc., re GUSTAV THEODORSEN and Others — No. 97874.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

LINCOLN DISCOUNT CORPORATION v. FRANK RANERI, Impleaded with SAM CARLIN.— Motion for leave to appeal to the Court of Appeals granted. Motion for a reargument denied. Settle order on notice. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ. [See ante, p. 872.]

In the Matter of the Application of JOHN POTTS and Others v. ABRAHAM KAPLAN, President, etc., FERDINAND O. MORTON and Others.— Motion for leave to appeal to the Court of Appeals and for a stay granted. Settle order on notice. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ. [See ante, p. 884.]

ABRAHAM S. ZUGSMITH v. LESTER R. MOSS and Others.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, Martin, O'Malley and Townley, JJ.

LUCY COTTON THOMAS MAGRAW v. CHARLES HANN, JR.— Motion for leave to appeal to the Court of Appeals granted. Settle order on notice. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ. [See ante, p. 877.]

LUCY COTTON THOMAS MAGRAW v. CHARLES HANN, JR.— Motion for leave to appeal to the Court of Appeals granted. Settle order on notice. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ. [See ante, p. 877.]

GENERAL ACCIDENT FIRE AND LIFE ASSURANCE CORPORATION, LIMITED, OF PERTH, SCOTLAND, Appellant, v. HERTZ DRIVURSELF STATIONS, INC. (NEW YORK), Respondent.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

ALEXANDER S. HENDRY, Respondent, v. THE C-R-C LAW LIST COMPANY (a New York Corporation), and MERTON J. KEYS, Appellants.— Order so far · as appealed from reversed, with twenty dollars costs and disbursements, and motion granted in all respects, with ten dollars costs. No opinion. Present — Finch, P. J., Martin, O'Malley and Townley, JJ.

In the Matter of the Application of DAVID J. ROSEN, Appellant, for a Prohibition Order against Hon. THOMAS E. MURRAY, a Justice of the Municipal Court of the City of New York, Respondent.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

JAMES E. WEBER, Respondent, v. WILLIAM S. LEAYCRAFT, Appellant, Impleaded with Another.— Order modified by granting motion to vacate notice of examination